# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CR 217-040-1 |
| LADARIUS WRIGHT, | |
| Defendant. | |

### ORDER

Before the Court is Defendant Ladarius Wright's motion for reconsideration of its previous Order denying his motion for appointment of counsel and denying his motion for compassionate release. Dkt. No. 375.

The Court previously found that Wright had met his burden to show extraordinary and compelling reasons for compassionate release under 18 U.S.C. § 3582(c) but ultimately denied his motion because the factors contained in 18 U.S.C. § 3553(a) weighed in favor of Wright serving the remainder of his sentence. In his motion for reconsideration, Wright argues that he does not have access to either legal or case-related documents in order to persuasively make his case for compassionate release. He therefore requests counsel to compensate for his lack of access to resources.

Wright's motion for reconsideration is **DENIED**. In short, Wright has made no argument or showing that the Court erred in weighing the § 3553(a) factors. While he argues an attorney could help him make persuasive arguments, he has not shown that he is entitled to an attorney. See United States v. Webb, 565 F.3d 789, 794 (11th Cir. 2009) (stating that an indigent party has a right to an attorney in the context of the Fifth Amendment, the Sixth Amendment, and 18 U.S.C. § 3006A(c) but not under § 3582(c)). Thus, the decision to appoint an attorney is left to the discretion of the district court.

Moreover, appointing Wright an attorney is not likely to change the Court's analysis, because Wright has still served less than half of his eighty-eight-month sentence, which was at the lower end of his guideline range. As the Court stated in its previous Order, Wright's prior convictions show that he was not properly deterred from committing another offense. Accordingly, the Court **AFFIRMS** its previous Order.

**SO ORDERED**, this ___ day of December, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA