**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case Number 2:17CR00040-1 |
| | ) |
| LADARIUS WRIGHT | ) |

**ORDER TO DISMISS PETITION FOR WARRANT OR SUMMONS**

On September 19, 2018, the defendant, Ladarius Wright, appeared before the Honorable Lisa Godbey Wood, and was sentenced to an imprisonment term of 88 months to be followed by a term of supervised release of 3 years for committing the offense of conspiracy to possess with intent to distribute, and to distribute, controlled substances, in violation of 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 2.

On February 14, 2023, the Court authorized the issuance of a warrant for the defendant's arrest after the United States Probation Office filed a petition alleging that the defendant violated the terms and conditions of supervised release.

After a review of subsequent information provided by the United States Probation Office, the Court orders that the petition for warrant dated February 14, 2023, be DISMISSED.

**SO ORDERED** this __21__ day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA